UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SHANI EDIJOU,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al,<br><br>Respondents. | Case No. 5:26-cv-01505-MRA-DTB<br><br>**STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |

In accordance with the stipulation between the parties, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket No. 1) is granted with judgment to be entered consistent with the reasons and findings set forth in the Petitioner's Ex Parte Application for a Temporary Restraining Order granted by the District Court (Docket No. 10) on April 3, 2026.

Dated: May 7, 2026

_____
HON. MONICA RAMIREZ ALMADANI
United States District Judge

1