J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SHANI EDIJOU,<br><br>         Petitioner,<br><br>         v.<br><br>KRISTI NOEM, et al,<br><br>         Respondents. | Case No. 5:26-cv-01505-MRA-DTB<br><br>**JUDGMENT** |

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment,

**IT IS ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in Petitioner's Ex Parte Application for a Temporary Restraining Order granted by the District Court (Docket No. 10) on April 3, 2026.

Dated: May 7, 2026

_____
MONICA RAMIREZ ALMADANI
United States District Judge

1